IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARTIN BARCENAS BENITEZ**                                                                 **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-5107**

**JUDGE BRAD KARREN;**
**PROSECUTOR MATTHEW EGGERT;**
**and ATTORNEY MATT REID**                                                                   **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 9) filed in this case on September 11, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE** for failure to obey court orders and failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 27th day of September, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE